# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GENERAL ASSOCIATION OF REGULAR BAPTIST CHURCHES, an Illinois not-for-profit corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 12-cv-1859 |
| v. | )<br>) Hon. Andrea R. Wood |
| HUGH SCOTT, a citizen of Texas, UNITED RE AG, a Swiss corporation, VADO AG, a Swiss corporation, TEXCESSRE, INC., a Texas corporation, and JOHN DOES 1-5, | ) Mag. Maria Valdez<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## AGREED MOTION FOR ENTRY OF FINAL CONSENT JUDGMENT

Plaintiff, General Association of Regular Baptist Churches ("**GARBC**"), with the agreement of Defendant, Hugh Scott ("**Scott**"), hereby moves this Honorable Court for entry of the Final Consent Judgment attached hereto as **Exhibit A**. In support of this motion, GARBC states:

1. GARBC and Scott have executed a written Full Final Settlement Agreement and Mutual Release ("**Settlement Agreement**").

2. Pursuant to the Settlement Agreement, Scott has agreed to immediate entry of the attached Final Consent Judgment in the amount of $600,000, which is signed by Scott and GARBC in counterparts. See Ex. A.

3. The attached Final Consent Judgment includes language dismissing all claims in GARBC's complaint against Scott with prejudice, with the parties to bear their own costs, and with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

1

4. WHEREFORE, GARBC, with the agreement of Scott, respectfully requests that this Honorable Court enter the Final Consent Judgment attached hereto as Exhibit A.

Respectfully Submitted,

| | |
|---|---|
| GENERAL ASSOCIATION OF REGULAR BAPTIST CHURCHES, Plaintiff | HUGH SCOTT, Defendant |
| By: /s/ Antonio DeBlasio<br>One of Its Attorneys | By: /s/ Hugh Scott<br>Pro Se |
| Antonio DeBlasio<br>David M. Gower<br>DeBlasio & Donnell LLC<br>2001 Midwest Road, Ste. 100<br>Oak Brook, Illinois 60523<br>Tel. (630) 560-1123<br>Fax (630) 560-1144<br>deblasio@dd-lawfirm.com<br>gower@dd-lawfirm.com | Hugh Scott<br>P.O. Box 700170<br>San Antonio, Texas 78270-0170<br>Tel. 210-241-8264<br>nomad4131@aol.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ASSOCIATION OF REGULAR BAPTIST CHURCHES an Illinois not-for-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> HUGH SCOTT, a citizen of Texas, UNITED RE AG, a Swiss corporation, VADO AG, a Swiss corporation, TEXCESSRE, INC., a Texas corporation, and JOHN DOES 1-5, <br><br> Defendants. | No. 12-cv-1859 <br><br> District Judge Andrea Wood <br><br> Magistrate Judge Maria Valdez |

## FINAL CONSENT JUDGMENT

This matter coming to be heard on the joint agreement of the Plaintiff, General Association of Regular Baptist Churches ("**GARBC**"), and Defendant, Hugh Scott ("**Scott**"), (collectively, the "**Parties**"), the Court having personal jurisdiction over the Parties and subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(3), and the Court having been advised that the Parties have entered into a confidential Full and Final Settlement Agreement and Mutual Release (the "**Settlement Agreement**"), the Parties hereby consent to entry of this Final Consent Judgment as follows:

1. A judgment in the amount of $600,000.00 (six hundred thousand and no/100 U.S. Dollars) is hereby entered against Defendant Hugh Scott in favor of Plaintiff, General Association of Regular Baptist Churches.

2. This matter having been fully resolved and settled between the Parties, it is hereby ordered that all claims in Plaintiff's Complaint against Defendant Hugh Scott are herby dismissed with prejudice, each Party to bear their own costs.

3. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Entered:

Dated:_____          _____
                                        Andrea R. Wood, Judge

Page 1 of 2

EXHIBIT A

This Final Consent Judgment is Acknowledged and Agreed to By:

HUGH SCOTT

/s/ _____

Dated: _____

GENERAL ASSOCIATION OF REGULAR
BAPTIST CHURCHES

/s/ _____
By its duly authorized representative

Dated: 1/3/2014

This Final Consent Judgment is Acknowledged and Agreed to By:

HUGH SCOTT

/s/ *Hugh E. C. Scott*

Dated: 1/6/17

GENERAL ASSOCIATION OF REGULAR
BAPTIST CHURCHES

/s/ _____
By its duly authorized representative

Dated: _____

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the attached **AGREED MOTION FOR ENTRY OF FINAL CONSENT JUDGMENT** to be served upon all parties indicated on the attached Service List by email and via ECF on January 13, 2014.

/s/ David M. Gower

## SERVICE LIST

General Association of Regular Baptist Churches
v.
Hugh Scott, et al.
12-cv-1859

**HUGH SCOTT**
P.O. Box 700170
San Antonio, Texas 78270-0170
nomad4131@aol.com